Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>DRUG GUILD DISTRIBUTORS, INC.,<br><br>Defendant. | Adv. Proc. No. 22-02021 (PRW) |

**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING**

Plaintiff Advisory Trust Group, LLC, in its capacity as the Liquidating Trustee of the RDC Liquidating Trust, and defendant Drug Guild Distributors, Inc. (together, the "**Parties**"), have entered into a settlement agreement that resolves the claims asserted in the above-captioned adversary proceeding. Accordingly, the Parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii)

of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal with prejudice of this adversary proceeding, with each party to bear its own attorneys' fees and costs.

STIPULATED AND AGREED:

| | |
|---|---|
| Dated: May 12, 2023 | Dated: May 12, 2023 |
| PACHULSKI STANG ZIEHL & JONES LLP | HARRIS BEACH PLLC |
| */s/ Ilan D. Scharf* | */s/ Brian D. Roy* |
| Bradford J. Sandler (NY Bar No. 4499877)<br>Ilan D. Scharf (NY Bar No. 4042107)<br>Jason S. Pomerantz (CA Bar No. 157216)<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Email: bsandler@pszjlaw.com<br>ischarf@pszjlaw.com<br>jspomerantz@pszjlaw.com | Lee E. Woodard, Esq. (NY Bar No. 4981825)<br>Brian D. Roy, Esq. (NY Bar No. 1845305)<br>333 W. Washington Street, Suite 200<br>Syracuse, NY 13202<br>Telephone: (315) 423-7100<br>One Lowenstein Drive<br>Email: bkemail@harrisbeach.com<br>broy@harrisbeach.com |
| *Counsel to Plaintiff RDC Liquidating Trust* | *Counsel to Defendant Drug Guild Distributors, Inc.* |

SO ORDERED

DATED: _____, 2023      _____
      Rochester, New York      HON. PAUL R. WARREN
                                United States Bankruptcy Judge